IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CECIL CHAMPION**, ) | |
| ) | |
| Plaintiffs, ) | Civil No. **08-895-JPG** |
| ) | |
| v. ) | CJRA TRACK: **B** |
| ) | |
| **ILLINOIS MARINE TOWING, INC.,** ) | TRIAL DATE: |
| ) | **February 16, 2010** |
| Defendant. ) | (Benton) |

## ORDER

**Proud, Magistrate Judge:**

Before the Court is defendant's Motion to Compel Plaintiff to Respond to Defendant's First Interrogatories and First Request for Production of Documents. **(Doc. 17).** Through counsel, plaintiff filed a response at **Doc. 18**, and defendant filed a reply at **Doc. 19.** Plaintiff's counsel subsequently withdrew and plaintiff is now pro se. **See, Doc. 24.**

According to the motion, plaintiff has not responded at all to defendant's discovery requests. In response, plaintiff stated that defendant had not yet served its initial disclosures. The discovery requests were served on January 16, 2009. In its reply, defendant points out that it served initial disclosures on February 27, 2009. Thus, at the latest, plaintiff should have responded to defendant's discovery requests by April 1, 2009, but has not done so.

Upon consideration and for good cause shown, defendant's Motion to Compel Plaintiff to Respond to Defendant's First Interrogatories and First Request for Production of Documents **(Doc. 17)** is **GRANTED**.

Plaintiff is ordered to fully respond to defendant's interrogatories and produce the requested documents by **July 31, 2009.**

1

**Plaintiff is hereby cautioned that any failure to comply with this Court's orders or to follow the Federal Rules of Civil Procedure may result in sanctions, which may include monetary penalties and/or dismissal of this case.**

**IT IS SO ORDERED.**

**DATE: July 10, 2009.**

> s/ Clifford J. Proud
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**