UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CECIL CHAMPION, | |
| Plaintiff, | |
| v. | Case No. 08-cv-895-JPG |
| ILLINOIS MARINE TOWING, INC., | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the combined Motion to Dismiss (Doc. 26) filed by Defendant Illinois Marine Towing, Inc. on August 3, 2009. Pursuant to Local Rule 7.1(c), Plaintiff Cecil Champion's response was due thirty days after the motion to dismiss was filed, but thirty days have passed and Plaintiff has not responded. The Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(c). The Court hereby **ORDERS** Plaintiff to **SHOW CAUSE** on or before September 25, 2009, why the Court should not construe his failure to timely respond to the motion to dismiss as an admission of the merits of the motion and dismiss his claims against Defendant.

**IT IS SO ORDERED.**
**DATED: September 14, 2009**

                                                  s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**