UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CECIL CHAMPION,

    Plaintiff,

  v.

ILLINOIS MARINE TOWING, INC.,

    Defendant.

Case No. 08-cv-895-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: November 17, 2009**      **NANCY ROSENSTENGEL**

    **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**